IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERRICK CASTILLO,

    Plaintiff,

v.    No. 1:25-cv-00858-MIS-LF

NEW MEXICO STATE POLICE,
STEVEN ROYBAL and
STEVEN COMPOS,

    Defendants.

## ORDER OF DISMISSAL

On September 3, 2025, Plaintiff filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 asserting that he is a "JAG Officer representing the United States District Court of New Mexico," has "been a Court appointed Judicial Advocate on a 8-10 year collection of intellegence [sic] in the Town of Vaughn, New Mexico," is "the petitioner representing the United States government," and has "been seated in the International Crimminal [sic] Court." ECF No. 1 at 12, 18, 21 (signature line indicates Plaintiff is affiliated with "JAG/CIA/FBI/NSA").

On September 9, 2025, United States Magistrate Judge Laura Fashing entered an Order notifying Plaintiff:

(i)    It appears that the Court may lack jurisdiction over Plaintiff's claims against the New Mexico State Police because, with limited exceptions, States and their agencies have sovereign immunity from suits pursuant to the Eleventh Amendment and there are no allegations in the Complaint showing that any of the exceptions to the Eleventh Amendment's guarantee of sovereign immunity to States apply to the New Mexico State Police which is a state agency.

(ii) The Complaint should be dismissed for failure to state a claim upon which relief can be granted because there are no factual allegations describing what Defendants Roybal and Compos did to Plaintiff.

(iii) Plaintiff appears to assert claims based on violations of criminal statutes, but criminal statutes do not provide for private civil causes of action.

(iv) It appears Plaintiff may be asserting claims on behalf of other persons but Plaintiff, who is proceeding *pro se* and is not an attorney authorized to practice in this Court, cannot assert claims on behalf of other persons.

Order to Show Cause at 3-5, ECF No. 4.  Judge Fashing ordered Plaintiff to show cause why the Court should not dismiss this case or file an amended complaint and notified Plaintiff that failure to timely show cause and file an amended complaint may result in dismissal of this case.  *See id.* at 7.  Plaintiff did not show cause, file an amended complaint or otherwise respond to the Order to Show Cause by the September 30, 2025, deadline.

The Court dismisses this case without prejudice because the Complaint fails to state a claim upon which relief can be granted and because Plaintiff did not timely respond to the Order to Show Cause.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE